UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DEVISION

Moshe Azoulay
6423 Clair Shore Drive
Apollo Beach Florida 33572
TL: 347-484-8034
Email: mosheazoulay@hotmail.com

Plaintiff,

Moshe Azoulay

-Against-

8:22 cv 646 CEH-AAS

Case No: _____

Defendant.

C.A.C Transportation and Export LLC, and
Hector Andres Arancibia Briones, Et al

## Complaint
## Willful Intentional Breach of Contract

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was ☑mailed ☐e-mailed ☐hand-delivered on 03/17/2022 (date) to:

Name: C.A.C Transportation and Export LLC, Hector Andres

Address: 990 Biscayne Blvd Ste 501-16

Miami Florida 33132

Plaintiff/Defendant

TRA-66122
$402.00

# PLAINTIFF / ~~DEFENDANT~~ EXHIBIT LIST – CIVIL COURT

MOSHE AZOULAY
_____
Plaintiff

PROSE
_____
Plaintiff's Attorney

6423 CLAIR SHORE DR,
APOLLO BEACH FL, 33572
Plaintiff Attorney's Address

VS

C.A.C. TRANSPORTATION AND EXPORT LLC. and
_____
HECTOR ANDRES ARANCIBIA BRIONES, Et al
_____
Defendant

_____
Defendant's Attorney

990 Biscayne Blvd Ste 501-16
Defendant Attorney's Address
MIAMI FLORIDA 33132

Case Number: _____

Division: _____

Bar #: _____

Trial Date(s): _____

Verdict Date: _____

Deputy Clerk: _____

Court Reporter: _____

Bar #: _____

Judge: _____

| EXHIBIT # | DESCRIPTION OF EXHIBITS | MARKED | ADMITTED | W/ OR W/O OBJECTION | LOCATION |
|---|---|---|---|---|---|
| A. | CONTRACT AGREEMENT | | | | |
| B. | 2010 KOMATSU ESTIMATED MARKET VALUE | | | | |
| C. | 2016 JCB ESTIMATED MARKET VALUE | | | | |
| D. | 2015 BOB CAT S570 ESTIMATED MARKET VALUE | | | | |
| E. | KUBOTA ENGINE ESTIMATED MARKET VALUE | | | | |
| F. | DEFENDANT IS FUGITIVE FROM JUSTICE IN CHILE | | | | |
| G. | $1,100.00 GUITARS RECEIPT OF PAYMENT | | | | |
| H. | 2 GITARS ESTIMATED MARKET VALUE | | | | |
| I. | 4 DEFENDANTS VICTIMS POLICE REPORT NUMBERS | | | | |

Inventoried By: _____    Date: 3/21/20

Page 1 of 1

Revised 04/29/2021

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DEVISION

Moshe Azoulay
6423 Clair Shore Drive
Apollo Beach Florida 33572
TL: 347-484-8034
Email: mosheazoulay@hotmail.com

Plaintiff,

Moshe Azoulay

-Against-

Case No: 8:22 cv 646 CEH - AAS

Defendant.

C.A.C Transportation and Export LLC, and
Hector Andres Arancibia Briones, Et al

# Complaint
# Willful Intentional Breach of Contract

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Tampa ___ Division

MOSHE AZOULAY

Case No. 8:22 cv 646 CEH·AAS
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☑ No

-v-

C.A.C TRANSPORTATION And EXPORT LLC, and HECTOR ANDRES ARANCIBIA BRIONES, Et al

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MOSHE AZOULAY |
   | Street Address | 6423 CLAIR SHORE DRIVE |
   | City and County | APOLLO BEACH |
   | State and Zip Code | FLORIDA, 33572 |
   | Telephone Number | 347-484-8034 |
   | E-mail Address | mosheazoulay@hotmail.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

<mark>Case 8:22-cv-00646-CEH-AAS   Document 1   Filed 03/21/22   Page 5 of 14 PageID 53</mark>

<mark>Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract</mark>

Defendant No. 1
- Name: C.A.C TRANSPORTATION AND EXPORT LLC,
- Job or Title (if known):
- Street Address: 990 BISCAYNE BLVD, STE 501-16
- City and County: MIAMI
- State and Zip Code: FLORIDA, 33132
- Telephone Number: 786-930-7343, 786-777-8122
- E-mail Address (if known): harancibiacata@gmail.com

Defendant No. 2
- Name: HECTOR ANDRES ARANCIBIA BRIONES
- Job or Title (if known): OWNER
- Street Address: 990 BISCAYNE BLBD, STE 501-16
- City and County: MIAMI
- State and Zip Code: FLORIDA, 33132
- Telephone Number: 786-930-7343, 786-777-8122
- E-mail Address (if known): harancibiacata@gmail.com

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

<mark>Page 2 of 5</mark>

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) MOSHE AZOULAY , is a citizen of the State of (name) FLORIDA .

2. If the plaintiff is a corporation
   The plaintiff, (name) _____ , is incorporated under the laws of the State of (name) _____ , and has its principal place of business in the State of (name) _____ .

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) HECTOR ANDRES ARANCIBIA BRIONES , is a citizen of the State of (name) FLORIDA . Or is a citizen of (foreign nation) _____ .

2. If the defendant is a corporation
   The defendant, (name) C.A.C TRANSPORTATION AND EXPORT LLC , is incorporated under the laws of the State of (name) FLORIDA , and has its principal place of business in the State of (name) FLORIDA . Or is incorporated under the laws of (foreign nation) _____ , and has its principal place of business in (name) FLORIDA .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

SEE ATTACHED DOCUMENTS, COMPLAINT AND EXHIBITS.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* MOSHE AZOULAY , and the defendant, *(name)* HECTOR ANDRES ARANCIBIA BRIONES , made an agreement or contract on *(date)* 01/06/2022 . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
SEE, DOCUMENTS AND CONTRACT ATTACHED

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
WILLFUL INTENTIONAL BREACH OF CONTRACT

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

DOCUMENTS ATTACHED.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/21/2022

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: MOSHE AZOULAY

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DEVISION

Moshe Azoulay
6423 Clair Shore Drive
Apollo Beach Florida 33572
TL: 347-484-8034
Email: mosheazoulay@hotmail.com

**Plaintiff,**

**Moshe Azoulay**

-Against-

Case No: 8:22 cv 646 CEH-AAS

**Defendant.**

**C.A.C Transportation and Export LLC, and
Hector Andres Arancibia Briones, Et al**

## Complaint
### Willful Intentional Breach of Contract

My name is Moshe Azoulay; not a lawyer, I am a prose Plaintiff in the above case. Declare under penalty of perjury pursuant of 28 U.S.C. § 1746 that the following is true and correct.

This proceeding against C.A.C Transportation and Export LLC, and Hector Andres Arancibia Briones, (Collectively "Defendants :), For **Willful Intentional Breach of Contract.**
C.A.C Transportation and Export LLC, and Hector Andres Arancibia Briones, Principal place of business located at 990 Biscayne Blvd Ste 501-16 Miami Florida, 33132 are and /or have don business in Florida Transporting and Exporting Construction Equipments, Machinery, Cars and other Goods.

Defendants enter to agreements with intentional to Defraud clients and by False Advertising, Misleading, Misrepresentation, and Stealing costumer's deposits made toward purchasing Machinery, Equipments and other Goods without any intention of deliver the Goods or refund costumer deposits (Deceptive & Unfair Trade Practices Act).

On January 06, 2022, C.A.C Transportation and Export LLC, Represented by the owner Mr. Hector Andres Arancibia Briones, (Collectively "Defendants" :) Entered into written signed and notarized Agreement with the Buyer Mr. Moshe Azoulay ("plaintiff") to purchase: **(See Agreement, Exhibit A).**

One – Excavator, 2010 Komatsu, model PC55, Chassis No – 1582914, Engine No - 192471, with 2200 working hours. Total sale market value estimated to be $ 30,000.00 **(See, Exhibit B).**

1

One - Backhoe Loader, 2016 JCB, model 3CX, chassis No: 45678, Engine No: 32351 with 1600 working hours. Total sale market value estimated to be $ 75,000.00 (See, Exhibit C).

One - 2015 Skid Steer Bob Cat, model S570, VIN No: ALM414471, with 1600 of working hours. Total sale market value estimated to be $ 26,500.00 (see, Exhibit D).

In addition, One Kubota Engine, 23HP, with 0 Miles, Total sale market value estimated to be $ 6,500.00 (see, Exhibit E).

plaintiff purchase Total of Four items at the Contract purchase price of $42,500.00, with advance payment of $5,000.00 that paid in cash (as stated by Hector Andres "to start the "Import processes" I need a down payment"), and the remaining balance of $37,500.00 should be paid upon delivery of the machines to a shipping address in Wimauma Florida, as specified under the Contract.

Under the written Agreement, Defendant Mr. Hector Andres, promised to deliver the machines on or before February 20, 2020.

Defendant Failed to Delver any of the Machinery or to provide any proof of its existence.

Defendant, Hector Andres promised proof of shipment and pictures as machines loaded to the ship. Defendant Failed and ignored the plaintiff multiple requests to produce any proof or pictures as such.

Sometime on the middle of January of 2022 Defendant's phone numbers were disconnected, living the plaintiff no other method of contact.

During that time plaintiff made a phone contact with Carolina Rivera, the person that witnessed and notarized the Contract between Plaintiff and Defendant.
At that, time Carolina Rivera raised her concerns and she told the Plaintiff that other clients contacted her and it seems that they ware also defrauded and scammed by the same Defendants.

Computer research, shows that Defendant do fake Business Deals to become their own bosses and open small businesses.

Plaintiff found out, Defendants are aliens, Defendant is a criminal fugitive from justice, and has criminal record and he is wanted in Argentina and Chile for illegally export activity.
Defendant is on the run from Argentinean and Chile law enforcements and came to hid in the U.S.A. (see, Exhibit F).

On January 28, 2022, Defendant made a contact with the Plaintiff from a new phone number and attempted to collect the total amount of $37,500, claiming he had a time of delivery. Plaintiff insisted he would pay only when full Delivery was made, as according to the contract.

Plaintiff never received any or part of the delivery and Sins February 20 2022, plaintiff made multiple requests to Defendants but Defendant ignored and tries to buy more time.

On January 19, 2022, Plaintiff made another purchase from Defendants, purchase Invoice Number: 270E8488-0002, receipt number: 2270-8525
Purchase for:
One Red "Gibson" electric guitars with red color hard carrying cases,
One white Gibson electric guitar with white color hard carrying case, and
One black color hard carrying case in total price of $1,100 **(see, Exhibit G).** and paid in full via Visa- 2368 to the name of the defendant, C.A.C Transportation and Export LLC. Total sale market value estimated to be $ 4,900.00 **(see, Exhibit H).**

Defendant promised to deliver the two Guitars and the three carrying cases to Plaintiff's resident address with in 14 days, no later then January 28, 2022.
Defendant failed to deliver, Defendant did not give any information of the Guitar's shipment or its existence and refused to return the payment.

Since then, a few other costumers have came forward with the same or similar claims, claiming that Defendant stole their money and did not deliver and did not return deposits. In addition, on March 7, 2022 a Police report # 2203070016467 filled in Miami Florida by MR. Luis Poyato against Defendants for issuing to Mr., Poyato worthless checks and for Defendant that stole Mr. Poyato personal computer and exchanged it for money in "Airport Pawn Shop & Gun" That located on 831 NW 42nd Ave Miami. TL: 305-643-4653, Defendant receive from the Pawn shop total of $300.00,

Another Defendant client /victim came forward and file in Desoto County sheriff office case # 2022-00459 Mr. Jose Gonzalez, stated that Defendant Hector Andres Arancibia Briones is working together with another Lady partner that believe to be his wife, Francisca Andrea Contreras Pineda, together they are driving aground to make "sales" and collecting money toward orders.

Another victim is Mr. Armando J Godoy, defendant stole his trailer. On March 8, 2022, Mr. Armando files a police report in Hialeah Police Department case # 2022-006747. **(See, all four Defendant Victims police reports Exhibit I).**

Plaintiff brings this action against the Defendant "Scammed Artist", Fraud in the Inducement for **Willful Intentional Breach of Contract** to recover for Lost Funds and Compensation, Unpaid Money, and Liquidated Damages, Punitive Damages for Intentional Breach of Contract and Lost of Profits.

## Jurisdiction and Venue

This Court has supplemental jurisdiction over plaintiff state law claims pursuant to 28 U.S.C. § 1367(a).

Venue is Proper I the Southern District of Florida court pursuant to 28 U.S.C. § 1391. Because all of the acts of which plaintiff complain occurred in this district.

3

Jurisdiction is proper in the Southern District of Florida court Because Plaintiff live in the district and C.A.C Transportation and Export LLC, and Hector Andres Arancibia Briones, (Collectively "Defendants :), are reside in the district.

Plaintiff written consents to be a part of this lawsuit are attached to this complaint.

Upon Information and belief, defendants engaged and continue to engage in interstate commerce and have an estimated annual gross volume of sales no less than $500,000. Selling goods and materials that have been moved in or products for interstate commerce. Upon information and belief, all equipment and machinery that plaintiff purchased from defendant are imported to Florida products made outside of Florida.

## Parties

**Plaintiff**
Plaintiff is adult individual who reside in Hillsborough County Florida.

**Defendants**
Defendants are "supposedly" providing transportation and export services, located in Miami Florida upon information and belief, C.A.C Transportation and Export LLC, incorporated in Florida in November 17 2021, document Number L21000494824, current incorporated. Is an active domestic Business corporation organized under the laws of Florida, with its principal place of business located at 990 Biscayne Blvd Ste 501-16 Miami Florida, 33132. Telephone: 786-452-2419, 786-930-7343, new number 786- 777-8122. Email: Harancibiacata@Gmail.com.

Upon information and belief, defendant Hector Andres Arancibia Briones he is holding a Chile passport number F230009029, He is the C.E.O, current owner and operator of C.A.C Transportation and Export LLC and principal officer of Defendant Corporation, C.A.C Transportation and Export LLC address: 990 Biscayne Blvd Ste 501-16 Miami Florida, 33132. Telephone: 786-452-2419, 786-930-7343, new number 786- 777-8122. Email: Harancibiacata@Gmail.com.

## Statement of Fact

Defendants enter to intentional Breach of contract with the plaintiff, knowing that taking or failing to take an act would reasonably cause a breach of the agreement.

On January 06, 2022, C.A.C Transportation and Export LLC, Represented by the owner Mr. Hector Andres Arancibia Briones, (Collectively "Defendants" :) Enter in to written Agreement with the Buyer Mr. Moshe Azoulay ("plaintiff") to purchase:

One – Excavator, 2010 Komatsu, model PC55, Chassis No – 1582914, Engine No - 192471, with 2200 working hours.

One - Backhoe Loader, 2016 JCB, model 3CX, chassis No: 45678, Engine No: 32351 with 1600 working hours.

4

One - 2015 Skid Steer Bob Cat, model S570, VIN No: ALM414471, with 1600 of working hours.

In addition, One Kubota Engine, 23HP, with 0 Miles,

Total Contract purchase price of $42,500.00.

Defendant Mr. Hector Andres promised to deliver the machines on or before February 20, 2020.

Plaintiff pays advance payment of $5,000.00; the remaining balance of $37,500.00 should be paid upon delivery to plaintiff location in Wimauma Florida.

Defendant Failed to Delver any of the Machinery or provide any proof of its existence. Defendant, Hector Andres promised a proof of shipment and pictures as machines loaded to the ship.
Defendant Fail and ignored multiple plaintiff's requests to produce any proof or pictures as such.

In the middle of January of 2022 Defendant phone numbers got disconnected, living the Plaintiff no other way to contact them.

Plaintiff contacted Carolina Rivera, she was the Notary public person that witnessed and verified the signatures in the contract between plaintiff and defendant.

Upon information and belief, other clients contacted Carolina Rivera with claims that the defendant took their money and failed to deliver goods or return deposits.

Computer research found that, defendant is an alien, he is a criminal fugitive from justice and has a criminal record, he wanted in Argentina and Chile for illegally export activity. Defendant, Hector Andres Arancibia Briones is on the run from Argentinean and Chile law enforcements and came to hid in the U.S.A.

On January 28, 2022, Defendant made an attempt to collect the total amount of $37,500 claiming he had of time of delivery.
Plaintiff insisted to only paying when proof of the merchandise, or its content, or it existence or upon full Delivery to be made as per contract.

Defendant Failure, in concealment of their illegal practice.
Plaintiff never received any part of the delivery.
Sins February 20 2022, Plaintiff made multiple requests to Defendants but Defendant ignored and tries to buy for time.

There is a police report against defendant for spreading worthless checks and receiving moneys from pound shops in exchange of stolen items such as computers.

Plaintiff brings this action against the Defendant for **willful, Intentional Breach of Contract**; Defendant is a "Scam Artist" that has committed Fraud.

5

### Cause of action

Defendant under violation of Intentional Breach of Contract,
Intentional Failure to Deliver.
Defendant Failure or refused to return deposits.
Defendant unlawful conduct was willful, intentional, and lacked a good faith basis,
As result of the forgoing, plaintiff have suffered damages by being denied receiving machinery that should be sold for profit of $142,900 plus to be determined at trial and are entitled to recovery of such amounts, an additional amount of reasonable attorneys fees, and costs of the action, and such other legal and equitable relief as this Court deems just and proper.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff herby seeks the following relief:

A.   A declaratory Judgment that the practices complained of herein are unlawful: Willful Intentional Breach of Contract.

B.   Appropriate equitable and injunctive relief to remedy Defendant's violations of the law, including but not necessarily limited to an order enjoining Defendants from continuing their unlawful practices;

C.   Judgment in favor of the Plaintiff and against Defendants, jointly and severally, in the amount of $142,900 plus to be determined at trial and are entitled to recovery of such amounts, an additional amount of reasonable attorneys fees, and costs of the action, and such other legal and equitable relief as this Court deems just and proper;

D.   Pre-Judgment and post-Judgment interest, as provided by law;

E.   Attorney's fees and other costs of the action;

F. such other relief as this Court shell deem just and proper;

G. Judgment against Defendant partner / spouse Francisca Andrea Contreras Pineda and to allow going after His and her assets,

Dated: March 21, 2022

Respectfully submitted,

By:
Moshe Azoulay

6423 Clair Shore Drive,
Apollo Beach Florida 33572
(347) 484-8034
mosheazoulay@hotmail.com

6